

**Miedel & Mysliwiec LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-18-19__

November 14, 2019

**By ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*ADJOURNED TO FRIDAY, FEBRUARY 7, 2020, AT 10:00AM.*

*SO ORDERED.*

*/s/ John Koeltl*
*USDJ*
*11/15/19*

Re: *United States v. Michelle Landoy*
  17 Cr. 137 (JGK)

Dear Judge Koeltl:

My client, Michelle Landoy, is currently scheduled to by sentenced by this Court on January 31, 2020. I write today to request a brief adjournment of Ms. Landoy's sentencing due to a scheduling conflict on my behalf. I am unavailable from January 30 to February 6 of 2020, but am available on February 7, 2020, the date of Ms. Landoy's codefendant Desiree Scott's sentencing, as well as the week after that.

The Government, through AUSA David Abramowicz, does not object to this adjournment.

Thank you for the Court's consideration of this request.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Michelle Landoy*

cc:  AUSAs David Abramowicz, Kristy Greenberg, & Michael Neff (by ECF)