

**MM**

Miedel & Mysliwiec LLP

November 25, 2019

**By ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___*11-27-19*___

> Re:    *United States v. Michelle Landoy*
>        **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

I represent Michelle Landoy in the above captioned matter. As this Court is aware, Ms. Landoy is currently released on bond pending sentencing, with conditions limiting her travel to the Southern and Eastern Districts of New York. Ms. Landoy has been compliant with the conditions of her supervision.

I am writing to request permission for Ms. Landoy to take a one-day trip to Philadelphia, Pennsylvania on Tuesday, November 26, 2019. Ms. Landoy will advise her Pretrial Officer of her complete itinerary. Neither the government nor the Pre-Trial Services Office takes a position on this request.

Thank you for the Court's consideration of this request.

Very truly yours,

/s/

**APPLICATION GRANTED**
**SO ORDERED**

_John G. Koeltl, U.S.D.J._

11/26/19.

Aaron Mysliwiec
*Attorney for Michelle Landoy*

cc:    AUSAs David Abramowicz, Kristy Greenberg, and Michael Neff (by ECF)