

Miedel & Mysliwiec LLP

**By ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-11-19

December 11, 2019

Re: *United States v. Michelle Landoy*
17 Cr. 137 (JGK)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/11/19.

Dear Judge Koeltl:

I represent Michelle Landoy in the above captioned matter. As this Court is aware, Ms. Landoy is currently released on bond pending sentencing, with conditions limiting her travel to the Southern and Eastern Districts of New York. To date, Ms. Landoy has been compliant with the conditions of her supervision.

I write today to make two bail related requests on behalf of Ms. Landoy. First, I respectfully request that the Court modify the conditions of Ms. Landoy's bond to permit travel to New Jersey. Ms. Landoy has friends and family in the state whom she would like to visit, but has been limited in her ability to do so by her bail conditions. Second, I respectfully request that the Court permit Ms. Landoy to make a day trip to Philadelphia, Pennsylvania on December 17, 2019. In both cases, Ms. Landoy would like to make a day trip with friends. If granted, Ms. Landoy will advise her Pretrial Officer of her complete itinerary.

The Government, through AUSA David Abramowicz, consents to these requests. Pretrial Services, through Officer Madalyn Toledo, has no objection.

Thank you for the Court's consideration of these requests.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Michelle Landoy*

cc: AUSAs David Abramowicz, Kristy Greenberg, and Michael Neff (by ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212 616 3042 • (F) 800 507 8507 • www.lm-amlaw.com