**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1·28·20

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Michelle Landoy, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

Defendant Michelle Landoy is scheduled to be sentenced on February 7, 2020. In light of the defendant's interest in being sentenced after her codefendants (*see* Dkt. No. 243), the Government respectfully requests that Landoy's sentencing be adjourned until a date in April 2020 or later. The Government notes that the parties would be available for sentencing in the morning or early afternoon of April 7, 2020, if that date is convenient for the Court.

The defendant, through counsel, consents to the requested adjournment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Kristy Greenberg/David Abramowicz/Michael Neff
Assistant United States Attorneys
(212) 637-2469/6525/2107

cc: Aaron Mysliwiec, Esq. (via ECF)

*Adjourned to Friday, May 1, 2020, at 10:30 AM.*

*SO ORDERED.*

*1/27/20*    */s/ [signature]*
                   *USDJ*