

Miedel & Mysliwiec LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-20

January 29, 2020

**By ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/29/20

Re:   *United States v. Michelle Landoy*
      **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

I represent Michelle Landoy in the above captioned matter. As this Court is aware, Ms. Landoy is currently released on bond pending sentencing, with conditions limiting her travel to the New York and New Jersey area. To date, Ms. Landoy has been compliant with the conditions of her supervision.

I write today to request permission for Ms. Landoy to travel to Texas and Idaho to visit family from February 18th to February 24th of this year. If this request is granted, Ms. Landoy will advise her Pretrial Officer of her complete itinerary.

The Government, through AUSA David Abramowicz, consents to this request. Pretrial Services, through Officer Madalyn Toledo, takes no position on this request, but advises that Ms. Landoy has been compliant with all bail conditions.

Thank you for the Court's consideration.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Michelle Landoy*

cc:   AUSAs David Abramowicz, Kristy Greenberg, and Michael Neff (by ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212 616 3042 • (F) 800 507 8507 • www.mmlaw.com