

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Michelle Landoy & Desiree Scott, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

Defendants Michelle Landoy and Desiree Scott are scheduled to be sentenced on June 15, 2021. In light of both defendants' interests in being sentenced after their codefendants (*see* Dkt. No. 243), the Government respectfully requests that the June 15 sentencings be adjourned until a date after the July 23, 2021 sentencing of codefendant Arif Hameedi. The Government notes that a date on a Monday or a Thursday, other than on August 2, 12, or 16, would be convenient for the parties.

The defendants, through counsel, consent to the requested adjournments.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____/s/_____
David Abramowicz / Michael Neff
Assistant United States Attorneys
(212) 637-6525 / 2107

cc: Kathleen Cassidy, Esq. & Aaron Mysliwiec, Esq. (via ECF)

---

*Handwritten annotation by Judge:*

ADJOURNMENTS GRANTED AS FOLLOWS:

MICHELLE LANDOY: THURSDAY, AUGUST 5, 2021, AT 2:30PM

DESIREE SCOTT: THURSDAY, AUGUST 5, 2021, AT 3:30PM

DEFFS SUBMISSIONS: 14 DAYS BEFORE SENTENCE.

GOV'T SUBMISSIONS: 8 DAYS BEFORE SENTENCE

SO ORDERED
/s/ John G. Koeltl USDJ
5/28/21