

Miedel & Mysliwiec LLP

July 21, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Michelle Landoy*, **17-CR-137-JGK-3, and**
              *United States v. Desiree Scott*, **17-CR-137-JGK-4**

Dear Judge Koeltl:

      I write on behalf of defendants Michelle Landoy and, with consent of counsel Kathleen Cassidy, Desiree Scott. In light of the recent adjournment of the sentencing of defendant Arif Hameedi and in light of ongoing discussions between the defendants and the U.S. Attorney's Office, I write to respectfully request an adjournment of Ms. Landoy and Ms. Scott's sentencings to a date in mid- to late-September 2021, at a time convenient for the Court. I am unavailable: (1) before September 10; (2) on September 23, 24, and 27; and (3) on Friday afternoons after 1:00 p.m.

      The Government, through AUSA David Abramowicz, informed me it has no objection to this request.

      Thank you for the Court's consideration of this letter motion.

                                          Very truly yours,

                                          /s/

                                          Aaron Mysliwiec
                                          *Attorney for Michelle Landoy*

cc:    All counsel of record (via ECF)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021
```

ADJOURNED TO THURSDAY,
SEPTEMBER 30, 2021,
AT 11:30AM.

SO ORDERED.

7/23/21   /s/ JGK
                USDJ