Case 1:17-cr-00137-JGK   Document 513   Filed 11/12/21   Page 1 of 1



**Miedel & Mysliwiec LLP**

November 11, 2021

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michelle Landoy, Desiree Scott, et al.*, 17 Cr. 137-3 and -4 (JGK)

Dear Judge Koeltl:

      I write on behalf of my client, Michelle Landoy, and with consent of counsel on behalf of Desiree Scott. Both defendants are scheduled to be sentenced by this Court on December 3, 2021. ECF No. 506.

      The government and counsel for the above-captioned defendants are continuing to engage in discussion about issues related to sentencing. Furthermore, defendant Arif Hameedi's sentencing is now scheduled for January 20, 2022 and it is preferable for Ms. Landoy and Ms. Scott to be sentenced after Mr. Hameedi. In light of the ongoing discussions between the parties and in order to enable counsel to address sentences for all co-defendants in our submissions, I write to respectfully request adjournments of Ms. Landoy and Ms. Scott's sentencings to February 2022.[1] The government, through AUSA David Abramowicz, informed me it has no objection to this request.

      Thank you for the Court's consideration of this letter motion.

*Adjourned to Thursday, February 24, 2022, at 11:30AM.*
*SO ORDERED.*
*/s/ John G. Koeltl*
*USDJ*
*11/12/21*

Very truly yours,

Aaron Mysliwiec
*Attorney for Michelle Landoy*

cc:    Counsel of record (via ECF)

---

[1] I will be unavailable to appear either virtually or in person for Ms. Landoy's sentencing between February 9 and February 16, 2022.

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com