

**Miedel & Mysliwiec LLP**

March 30, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Michelle Landoy and Desiree Scott*, **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

    I write on behalf of my client, Michelle Landoy, and on behalf of co-defendant Desiree Scott with consent of counsel Kate Cassidy. Ms. Landoy and Ms. Scott are scheduled to be sentenced by this Court on April 14, 2022. In light of the recent adjournment of the sentencing of co-defendant Arif Hameedi to April 21, 2022, I write respectfully to request that the Court adjourn the sentencings of Ms. Landoy and Ms. Scott to a date and time after April 21, 2022 that is convenient for the Court. Furthermore, and in light of the fact that I am scheduled to be on trial in the Eastern District of New York (in *United States v. Lamar Terry*, 18 Cr. 560 (DRH)) beginning May 9, 2022, I write respectfully to request that Ms. Landoy's sentencing be adjourned to a date and time that is convenient for the Court no sooner than the week of June 6, 2022, other than the morning of June 8, 2022 or the day of June 9, 2022.

    The government, through AUSA David Abramowicz, informed me it has no objection to this request.

    Thank you for the Court's consideration of this letter motion.

                        Very truly yours,

                        /s/

                        Aaron Mysliwiec
                        *Attorney for Michelle Landoy*
                        *On behalf of Michelle Landoy and Desiree Scott*

cc:    Counsel of record (via ECF)

*[Handwritten:]* ADJOURNED TO TUESDAY, JUNE 14, 2022, AT 2:30PM
SO ORDERED.
3/31/22
/s/ John G. Koeltl
USDJ

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-4042 • (F) 800-507-8507 • www.mmlawus.com