# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

May 31, 2022

SENTENCINGS OF DEFTS SCOTT AND LANDOY ADJOURNED TO THURSDAY, SEPTEMBER 29, 2022, AT 2:30PM. SO ORDERED.

/s/ USDJ
5/31/22

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

I write on behalf of my client, Desiree Scott, and with consent of counsel on behalf of Michelle Landoy. Both defendants are scheduled to be sentenced by this Court on June 14, 2022. ECF No. 533.

The government and counsel for the above-captioned defendants are continuing to engage in discussion about issues related to these defendants which will impact sentencing. In order to allow sufficient time for these discussions to progress, the parties, with the consent of the government, respectfully request an adjournment of Ms. Scott and Ms. Landoy's sentencings to a date after September 14, 2022.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc:   Counsel of record (via ECF)