

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Michelle Landoy & Desiree Scott, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

    Defendants Michelle Landoy and Desiree Scott are scheduled to be sentenced on January 18, 2023. The Government respectfully requests that the sentencings be adjourned for approximately two months so that the parties may continue recent discussions they have had regarding the resolution of this matter.

    The defendants, through counsel, consent to the requested adjournments.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____/s/_____
    David Abramowicz / Michael Neff
    Assistant United States Attorneys
    (212) 637-6525 / 2107

cc: Kathleen Cassidy, Esq. & Aaron Mysliwiec, Esq. (via ECF)

*Sentencings adjourned to March 23, 2023 at 3:30 P.M. So ordered.*

*/s/ J. Koeltl*
*U.S.D.J.*
*12/23/22*