**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**MICHELLE LANDOY, ET AL.,**

                Defendants.

---

**17-cr-137 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The sentencing of Michelle Landoy and Desiree Scott, scheduled for March 23, 2023, at 3:30 p.m., is adjourned. The parties are directed to appear in person (500 Pearl Street, Courtroom 14A) for a conference on **Tuesday, April 11, 2023, at 10:30 a.m.**

The Clerk is directed to close ECF No. 559.

**SO ORDERED.**
**Dated:**    **New York, New York**
          **March 4, 2023**

                                      /s/ John G. Koeltl
                                    **John G. Koeltl**
                            **United States District Judge**