

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One St. Andrews Plaza*
*New York, New York 10007*

April 11, 2023

**BY ECF AND EMAIL**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, NY 10007

*ADJOURNED TO WEDNESDAY, MAY 3, 2023 AT 10:30AM.*
*SO ORDERED.*
*4/11/23  [signature]  USDJ*

Re:   *United States v. Michelle Landoy and Desiree Scott*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter, with the consent of the defense, to request that the Court reschedule the upcoming conference—which is currently scheduled for April 18, 2023, at 11:00 a.m.—because the undersigned unfortunately will be out of state that day. The Government has conferred with the defense, and if convenient for the Court, the parties respectfully request that the conference be rescheduled for: (1) April 19, 2023 in the afternoon (other than 2:00 p.m. to 4:00 p.m.); or (2) April 20, 2023, anytime after 3:00 p.m. The Court's consideration of this request is appreciated.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  [signature]
Michael D. Neff / David Abramowicz
Assistant United States Attorneys
Southern District of New York
(212) 637-2107 / 6525

cc:   Kathleen Cassidy, Esq. (by ECF and email)
      Aaron Mysliwiec, Esq. (by ECF and email)