UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                         17 cr 137 (JGK)

       -against-

                                                                         **ORDER**

MICHELLE LANDOY,
                   Defendant.
-------------------------------------------------------------X

       The defendant, having been sentenced, may have her passport returned to her.

**SO ORDERED.**

                                                                         **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 28, 2023